```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/6/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
**MOSHA FARRIS, ET AL.,**   :
  :
                    **Plaintiff,**   :
  :    **20-CV-1314 (ALC)**
     -against-   :
  :    **ORDER**
**INTERNATIONAL ASSOCIATION OF BRIDGE,**   :
**STRUCTURAL, ORNAMENTAL REINFORCING**   :
**STEEL LOCAL 11,**   :
  :
                    **Defendant.**   :
------------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of Defendant's letter requesting a pre-motion conference in anticipation of a motion to dismiss. ECF No. 8. Plaintiffs are hereby **ORDERED** to respond to Defendant's letter on or before May 15, 2020.

**SO ORDERED.**

**Dated:**      **May 6, 2020**
                **New York, New York**

                                                      */s/ Andrew L. Carter, Jr.*
                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**