```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 10/1/2020
```

------------------------------------------------------------------- x
**MOSHA FARRIS, ET AL.,**  :
  :
               **Plaintiff,**  :
  :  **20-CV-1314 (ALC)**
    -against-  :
  :  <u>**ORDER**</u>
**INTERNATIONAL ASSOCIATION OF BRIDGE,**  :
**STRUCTURAL, ORNAMENTAL REINFORCING**  :
**STEEL LOCAL 11,**  :
  :
               **Defendant.**  :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Parties are hereby **ORDERED** to appear for a pre-motion conference on **October 22, 2020 at 1:00 p.m.** The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**    **October 1, 2020**
            **New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**