```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  10/22/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
**MOSHA FARRIS, ET AL.**,                                       :
                                                                :
            **Plaintiffs,**      :
                                                                :   **1:20-CV-01314 (ALC)**
    -against-                                  :
                                                                :   **ORDER**
**INTERNATIONAL ASSOCIATION OF BRIDGE,**    :
**STRUCTURAL, ORNAMENTAL REINFORCING**  :
**STEEL LOCAL 11,**                                             :
                                                                :
            **Defendant.**      :
                                                                :
------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Parties failed to appear at the scheduled pre-motion conference on October 22, 2020 at 1:00 p.m. ECF No. 10. The Parties are hereby ORDERED to appear at a rescheduled pre-motion conference on **October 28, 2020 at 4:00 p.m.** The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

      Defendant is ORDERED to serve this order on Plaintiff by email and mail and file proof of service by **October 23, 2020**.

**SO ORDERED.**

Dated: October 22, 2020
       New York, New York

                                                    _____
                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**