USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/28/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
**MOSHA FARRIS, ET AL.**,

                **Plaintiffs**,

    -against-

**INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL REINFORCING STEEL LOCAL 11,**

                **Defendant.**
------------------------------------------------------------- x

**1:20-CV-01314 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      On October 28, 2020 at 4:00 p.m., the Court held a telephone status conference with the Parties. In accordance with today's status conference, Plaintiff is hereby ORDERED to submit a letter by November 12, 2020 addressing both why Plaintiff should be allowed to proceed *pro se* as to CEC Steel Limited Liability Company and why Plaintiff should be allowed to proceed in this venue.

      Defendant is hereby ORDERED to submit a response to Plaintiff's letter by November 19, 2020.

      The Parties are hereby ORDERED to provide the Court with a copy of Plaintiff's letter alleged to have been submitted to this Court and Defendant in April of 2020.

Defendant is hereby ORDERED to mail a copy of this order to Plaintiff and file proof of service by November 2, 2020.

**SO ORDERED.**

Dated: October 28, 2020
       New York, New York

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**