```
                                                        USDC SDNY
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
                                                        DOC#: _____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DATE FILED: 1/8/2021

------------------------------------------------------------------- x
**MOSHA C. FARRIS, ET AL.,**                           :
                                                       :
               **Plaintiffs,**      :
                                                       :       **20-cv-1314 (ALC)**
    -against-                                  :
                                                       :       <u>**ORDER**</u>
**INTERNATIONAL ASSOCIATION OF BRIDGE,**               :
**STRUCTURAL, ORNAMENTAL REINFORCING**                 :
**STEEL LOCAL 11,**                                    :
                                                       :
               **Defendant.**       :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      By letter dated January 8, 2021, Plaintiff requested an extension of time to appear through counsel. ECF No. 23. The letter does not indicate "whether the adversary consents, and, if not, the reasons given by the adversary for refusing to consent." Individual Practices of Andrew L. Carter Jr. ¶ 1(D). Accordingly, Defendant is ORDERED to file a response stating their position on this request no later than January 12, 2021. Any future requests for extension must include whether the opposing party consents to the extension, as required by this Court's Individual Practices.

      Defendant is further ORDERED to serve this order and their response on Plaintiff by no later than January 12, 2021 and file proof of service by the same date.

**SO ORDERED.**

**Dated:**    **January 8, 2021**
           **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**