```
                                                                USDC SDNY
                                                                DOCUMENT
                                                                ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                    DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                                   DATE FILED: __1/14/2021__
```

------------------------------------------------------------ x
**MOSHA C. FARRIS, ET AL.,**                                 :
                                     **Plaintiffs,**   :
                                                           :      **20-cv-1314 (ALC)**
      -against-                                     :
                                                             :      **ORDER**
**INTERNATIONAL ASSOCIATION OF BRIDGE,**                     :
**STRUCTURAL, ORNAMENTAL REINFORCING**                       :
**STEEL LOCAL 11,**                                          :
                                       **Defendant.**    :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

On November 24, 2020 Plaintiff CEC Steel was ordered to appear through counsel by January 8, 2021.[1] ECF No. 18. By letter dated January 8, 2021, Mr. Farris requested an extension of time for CEC Steel to appear through counsel. ECF No. 23. Because the letter did not indicate "whether the adversary consents, and, if not, the reasons given by the adversary for refusing to consent," in accordance with this Court's individual practices, the Court ordered Defendant to state their position on Plaintiff's request. ECF No. 24. On January 12, 2021 Defendant submitted a letter opposing Plaintiff's request for an extension.

Accordingly, Plaintiff CEC Steel is hereby GRANTED a 14-day extension through **January 22, 2021** to appear through counsel. **Mr. Farris is advised that no further extensions will be granted absent good cause shown.**

---

[1] The Court's November 24, 2020 order inadvertently listed January 8, 202**0** as the date by which Plaintiff CEC Steel had to appear through counsel.

Defendant is ORDERED to serve this order on Plaintiff by no later than January 15, 2021 and file proof of service by the same date.

**SO ORDERED.**

**Dated:** **January 14, 2021**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**