USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/29/2021_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
**MOSHA C. FARRIS, ET AL.,**                                     :
                                                                 :
                                          **Plaintiffs,**        :
                                                                 :          **20-cv-1314 (ALC)**
                       -against-                                 :
                                                                 :          **ORDER**
**INTERNATIONAL ASSOCIATION OF BRIDGE,**                         :
**STRUCTURAL, ORNAMENTAL REINFORCING**                           :
**STEEL LOCAL 11,**                                              :
                                                                 :
                                          **Defendant.**         :
------------------------------------------------------------------------ x
**ANDREW L. CARTER, JR., District Judge:**

On October 28, 2020, the Court held a pre-motion conference to discuss Defendant's request for a pre-motion conference in connection with a motion to dismiss Plaintiffs' complaint. ECF Nos. 8, 14. As a result of this conference and subsequent briefing by the parties, Plaintiff CEC Steel was ordered to appear through counsel by January 8, 2021.[1] ECF No. 18. On January 14, 2021, Plaintiff was granted an extension until January 22, 2021. ECF No. 28. On January 27, 2021, Michael Colin Barrows filed an appearance on behalf of Plaintiffs CEC Steel and Mosha C. Farris. ECF No. 31.

Now that counsel has filed an appearance for Plaintiffs, the parties are hereby ORDERED to file a joint status report advising the Court whether Plaintiffs plan to submit an amended complaint and proposing a briefing schedule for the motion to dismiss by no later than February 5, 2021.

**SO ORDERED.**

**Dated:       January 29, 2021**
             **New York, New York**

                                    ANDREW L. CARTER, JR.
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**

---

[1] The Court's November 24, 2020 order inadvertently listed January 8, 202**0** as the date by which Plaintiff CEC Steel had to appear through counsel.