**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MOSHA C. FARRIS and CEC STEEL LIMITED
LIABILITY COMPANY,

                                Plaintiffs,

          -against-                                   20 **CIVIL** 1314 (ALC)

                                                       **JUDGMENT**

INTERNATIONAL ASSOCIATION OF BRIDGE,
STRUCTURAL, ORNAMENTAL REINFORCING
STEEL LOCAL 11,

                                Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 29, 2022, Defendant's motion to dismiss is

GRANTED. Plaintiff's motion to amend is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

       March 29, 2022

                                   **RUBY J. KRAJICK**
                                      _____
                                       **Clerk of Court**
        **BY:**     K. Mango
                                      _____
                                        **Deputy Clerk**